IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY,<br><br>                   Plaintiff,<br><br>    v.<br><br>RUDAS,<br><br>                   Defendant. | Case No. 2:20-cv-0073-TLN-DB P<br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On December 22, 2020, plaintiff filed a motion for summary judgment.  Defendant seeks a stay of the motion or an extension of time to respond.  Because the motion was filed almost immediately after this court issued the Discovery and Scheduling Order, this court finds good cause to extend defendant's time to respond to the motion until discovery has closed.

      Accordingly, IT IS HEREBY ORDERED that defendant's motion for an extension of time to respond to plaintiff's motion for summary judgment (ECF No. 31) is granted.  Defendant's opposition to plaintiff's motion is due by April 30, 2021.  All other deadlines are unchanged.

Dated:  January 14, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE