UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY,<br><br>   Plaintiff,<br><br>   v.<br><br>RUDAS, et al.,<br><br>   Defendants. | No. 2:20-cv-0073 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is defendant's motion to depose plaintiff by remote means. (ECF No. 33.) Defendant seeks to depose plaintiff by videoconference or other remote means pursuant to Federal Rule of Civil Procedure 30(b)(4) due to the COVID-19 pandemic. Good cause appearing the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that defendant's motion to depose plaintiff by remote means (ECF No. 33) is granted.

Dated: February 5, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/prisoner-civil rights/murp0073.rem.depo

1