IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONRELL D. MURPHY,

           Plaintiff,

v.

RUDAS,

           Defendant.

Case No. 2:20-cv-00073-TLN-DB P

ORDER

Plaintiff is a state prisoner proceeding pro se with a civil rights action. Presently before the court is defendant's motion for an extension of time to file an opposition to plaintiff's motion for summary judgment. Good cause appearing the court will grant the motion.

IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 37) is granted.

2. Defendant shall file an opposition on or before June 4, 2021.

3. All other deadlines shall remain in place.

Dated: April 29, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/prisoner-civil rights/murp0073.msj.eot